HOMER E. WILSON, Appellant, *v.* C. LEONARD J. AGER, Respondent, Impleaded with Another.

Reported below, 166 App. Div. 969.
(Argued February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 4, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendants from excavating a certain channel in the Black river.

The motion was made upon the ground that the judgment of affirmance was unanimous; that the record contains no exceptions reversable by the Court of Appeals and that no question of law was involved which said court could review.

*Henry Purcell, Jr.*, for motion.

*P. H. Fitzgerald*, opposed.

Motion denied, without costs.

---

ARTHUR E. GRANNIS, Appellant, *v.* JOHN STEVENS et al., Respondents.

(Submitted February 21, 1916; decided Febuary 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 583.)